UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v.-

MARCO FIDEL CARDONA,
a/k/a "Gafas,"

                   Defendant.

**ORDER**

S3 21 Cr. 187 (LTS)

---

Upon the application of the United States of America, by Assistant United States Attorney Elizabeth A. Espinosa, it is hereby ORDERED that the Indictment and Arrest Warrant in this matter be unsealed.

Dated: New York, New York
        July 19, 2023

/s/ Laura Taylor Swain
HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK