## Konta, Georges, and Buza, P.C.
233 Broadway, 9th Floor
New York, NY 10279
212-710-5166 (Tel.)
212-710-5162 (Fax)
johnpbuza@aol.com

April 8, 2024

VIA ECF
The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   **United States v. Pellot et al,**
         **21 Cr. 187 (LTS)**

Dear Judge Swain:

      I represent Marco Cardona pursuant to the above-referenced indictment number.  A status conference is currently scheduled to occur on April 24, 2024, at noon.  I write this letter on behalf of all parties.  The government is engaged in substantive discussions to resolve the matter with the attorneys who represent all the defendants in this action.  Additionally, several attorneys have scheduling conflicts during the week of April 22, 2024 and the government is scheduled to start a trial in another matter during that week.  Accordingly, we jointly ask that the status conference be adjourned for 60 days.  This is the second time we are asking that the conference be adjourned, and no one objects to the continuance.  The attorneys for the defendants all agree to waive time pursuant to the Speedy Trial Act should the Court grant the adjournment.

Respectfully Submitted,

/s/

_____
John P. Buza

The foregoing request for adjournment is granted. The pretrial conference is hereby rescheduled to June 26, 2024, at 11:00 a.m.  The Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from speedy trial computations from today's date through June 26, 2024, outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above.  DE#78 resolved.
SO ORDERED.
April 9, 2024.
/s/ Laura Taylor Swain, Chief USDJ