

*U.S. Department of Justice*

*United States Attorney
Southern District of New York*

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

November 5, 2024

**By ECF**
Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York  10007

# **MEMO ENDORSED**

**Re:**   *United States v. Marco Fidel Cardona Cardona*, 21 Cr. 187 (LTS)

Dear Judge Swain:

The Government writes with consent of the defense to respectfully request that the Court schedule a change of plea conference in the above-captioned matter for November 13, 2024, at 4:00 p.m.  The parties will provide Chambers with copies of the plea materials in advance of the proceeding.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:  /s/_____
Elizabeth A. Espinosa
Assistant United States Attorney
(212) 637-2216

The foregoing request is granted. A change of plea conference is scheduled for **November 13, 2024, at 4:00 PM**. This resolves DE #88.
SO ORDERED.
11/5/2024
/s/ Laura Taylor Swain