## Konta, Georges, and Buza, P.C.
233 Broadway, 9th Floor
New York, NY 10279
212-710-5166 (Tel.)
212-710-5162 (Fax)
johnpbuza@aol.com

## **MEMO ENDORSED**

February 11, 2025

**VIA ECF**
The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re: **United States v. Cardona,**
           **21 Cr. 187 (LTS)**

Dear Judge Swain:

  I represent Marco Cardona pursuant to the above-referenced indictment number. Mr. Cardona's sentencing is scheduled to occur on February 27, 2025, at 11:00 a.m. I write this letter to ask that the matter be adjourned for approximately 60 days.[1] I make this request for two reasons. First, the pre-sentence report is not yet prepared at the time of this writing. Second, I am still awaiting certain documents that I intend to use in my submission. This is my first request to adjourn the sentencing proceeding, and the government does not object.

                  Respectfully Submitted,

The foregoing request is granted. The sentencing is
scheduled for **April 23, 2025, at 2:30pm**. DE # 104 is   /s/
resolved.
SO ORDERED.                 _____
2/11/2024                   John P. Buza
/s/ Laura Taylor Swain, Chief USDJ

---

[1] I will be away from the district between April 14 and April 18, 2025. Accordingly, I ask that the case not be calendared during that week.