# Konta, Georges, and Buza, P.C.
233 Broadway, Suite 701
New York, NY 10279
212-710-5166 (Tel.)
212-710-5162 (Fax)
johnpbuza@aol.com

April 7, 2025

**VIA ECF**
The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

Re:   **United States v. Cardona,**
      **21 Cr. 187 (LTS)**

Dear Judge Swain:

      I represent Marco Cardona pursuant to the above-referenced indictment number. Mr. Cardona's sentencing is scheduled to occur on April 23, 2025, at 2:30 p.m. As per the Court's rules, my submission would be due on April 9, 2025. I write this letter to ask that the matter be adjourned for approximately three weeks. I make this request because the final pre-sentence report is not yet prepared at the time of this writing. My understanding upon speaking to the assigned probation officer is that it will be released this week, however, even if it is released before my submission is due, I will need to review it with Mr. Cardona and with a Spanish interpreter. I would like to do this prior to submitting my sentencing memorandum. This is my second request to adjourn the sentencing proceeding, and the government does not object.

Respectfully Submitted,

/s/
_____
John P. Buza

The foregoing request is granted. The sentencing is adjourned to **May 14, 2021, at 2:30pm,** and the related deadlines are modified accordingly. This resolves DE # 112.
SO ORDERED.
4/7/2025
/s/ Laura Taylor Swain, Chief USDJ